UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
TRUSTEES OF THE NEW YORK CITY DISTRICT :
COUNCIL OF CARPENTERS PENSION FUND, :
WELFARE FUND, ANNUITY FUND, AND :
APPRENTICESHIP, JOURNEYMAN RETRAINING, :
EDUCATIONAL AND INDUSTRY FUND, *et al.*,    :     25 Civ. 2819 (JPC)
:
                Petitioners,    :     <u>ORDER</u>
:
    -v-    :
:
:
PINNACLE INSTALLATIONS LLC,    :
:
                Respondent.    :
:
------------------------------------------------------------------X

JOHN P. CRONAN, District Judge:

    On April 4, 2025, Petitioners filed a Petition to confirm an arbitration award. Dkt. 1. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ordered that Petitioners shall file and serve any additional materials with which they intend to support their Petition to confirm by May 19, 2025. Respondent's opposition, if any, is due on June 18, 2025. Petitioners' reply, if any, is due July 2, 2025.

    Petitioners shall serve the Petition and all supporting papers, as well as this Order, upon Respondent electronically and by overnight mail no later than May 19, 2025, and shall file an affidavit of such service with the Court no later than May 20, 2025.

    SO ORDERED.

Dated: April 17, 2025
      New York, New York

                                                            JOHN P. CRONAN
                                                    United States District Judge